# ELECTRONIC RECORD

*776-15*
*777-15*
*778-15*
*779-15*

COA #   05-14-00877-CR          OFFENSE:  29.03

STYLE:  Reginald Keith Pink v. The State of Texas          COUNTY:  Dallas

COA DISPOSITION:    MODIFY AND AFFIRM     TRIAL COURT:  283rd Judicial District Court

DATE: 05/26/15          Publish: NO   TC CASE #:    F-0955346-T

---

## IN THE COURT OF CRIMINAL APPEALS  *776-15*

*777-15*
*778-15*
*779-15*

STYLE:  Reginald Keith Pink v. The State of Texas          CCA #: _____

____PRO SE____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

____REFUSED____          JUDGE: _____

DATE: __10/28/2015__          SIGNED: _____          PC: _____

JUDGE: __Per Curiam__          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**